1  STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2

HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

5

    150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
    Telephone: (408) 535-5080
7      FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov
8

9  Attorneys for United States of America

               UNITED STATES DISTRICT COURT
10
             NORTHERN DISTRICT OF CALIFORNIA
11
                 SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,    )  **CASE NO.** CR 20-mj-70856-MAG-1
                     )
14        Plaintiff,        )  STIPULATION AND [PROPOSED] ORDER AS TO
                     )  WAIVER OF TIME AND TO CONTINUE
15     v.             )  ARRAIGNMENT
                     )
16  CADE SUBLET,          )
                     )
17        Defendant.     )
                     )

18

19       The United States, by and through its counsel of record, and defendant, Cade Sublet, by and

20  through his counsel of record (collectively, the "Parties"), agree and stipulate:

21       Whereas, a preliminary hearing/arraignment on an anticipated Indictment or Information is

22  currently scheduled for April 1, 2021 at 1:00 p.m.

23       Whereas, the Parties agree that defendant's preliminary hearing/arraignment on an anticipated

24  Indictment or Information should be continued from April 1, 2021, to May 6, 2021, at 1:00 p.m.

25       Whereas, the Parties agree and stipulate herein that time shall be waived under Rule 5.1(c) (time

26  for a preliminary hearing) and 18 U.S.C. § 3161(b) (requiring any information or indictment be filed

27  within 30 days of arrest). The Parties further agree that this waiver of time is necessary for review of

28  discovery by the defense and to discuss possible pre-indictment resolution of the case, but the Parties also

1 | agree and acknowledge that an agreement may not be reached.

2 |       Whereas, the Parties agree that the defendant has waived time for purposes of 18 U.S.C. § 3161(b)

3 | and Rule 5.1(c), specifically, that time be waived from April 1, 2021, to May 6, 2021, for purposes of 18

4 | U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until May 6, 2021, and that

5 | the government need not file an information or indictment until May 6, 2021.

6 |

7 |       Respectfully submitted,

8 | DATED: March 31, 2021       STEPHANIE M. HINDS
   |       Acting United States Attorney

9 |

10 |       */s/ Jeffrey A. Backhus*
   |       JEFFREY A. BACKHUS

11 |       Assistant United States Attorney

12 |

13 | DATED: March 31, 2021

14 |       */s/ Grant Fondo*
   |       GRANT FONDO

15 |       GALEN PHILLIPS
   |       JULIA MASSA

16 |       Attorneys for Cade Sublet

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1

[~~PROPOSED~~] ORDER

2        Upon agreement and stipulation of the United States, the defendant Cade Sublet, and their

3 respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that time be

4 waived from April 1, 2021, to May 6, 2021, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that

5 the preliminary hearing need not occur until May 6, 2021, and that the government need not file an

6 information or indictment until May 6, 2021.  Additionally, the preliminary hearing or arraignment on

7 the information or indictment should be continued from April 1, 2020, to May 6, 2021, at 1:00 p.m.

8

9 IT IS SO ORDERED.

10

11 DATED:  March 31, 2021

12                                      HON. SUSAN VAN KEULEN
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28